I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-16-13

DEPUTY CLERK

JS-6 / Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 16 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL D. PRUITT,<br><br>    Petitioner,<br><br>vs.<br><br>TIMOTHY BUSBY, Warden,<br><br>    Respondent. | Case No. CV 11-7756-GW (JPR)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 10, 2013

_____
GEORGE H. WU
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 16 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

1